```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
JOAQUIN PALTING,

                       **Plaintiff,**

    -v.-                                                              09CV 1811 (LBS)

DIME MAGAZINE PUBLISHING CO., INC. and
FOOT LOCKER, INC.

                       **Defendants.**
-----------------------------------------------------------

IT IS HEREBY STIPULATED, by and between the attorneys for plaintiff and the defendant Foot Locker, Inc. ("Foot Locker") in the above-captioned action that the time for Foot Locker to move, answer or otherwise respond to the Complaint in this matter shall be extended up to and including May 15, 2009.

_____        _____
Andrea L. Calvaruso (AC0514)              Craig M. Spierer (CS6402)
Donovan Calvaruso & Yee LLP               McCue Sussmane & Zapfel, P.C.
110 Greene St., Ste. 700                  521 Fifth Avenue, 28th Floor
New York, New York 10012                  New York, New York 10175
Attorneys for Foot Locker, Inc.           Attorneys for Plaintiff

SO ORDERED:
_____
U.S.D.J.     4/30/09